No. 58215.—Barnett International Forwarders, Inc. *v.* United States, protest 203093–K (New York).

Opinion by JOHNSON, J. It was stipulated that the film in question was assessed for duty by reason of the fact that the title of the film was declared as being "Only the Valiant" while it was, in fact, "The Enforcer"; that by reason of this fact the importer had failed to file the correct affidavits required by the Customs Regulations of 1943, then in effect; that said certificates have since been filed with the collector and that had said affidavits been in his possession at the time of the review of the protest, the merchandise would have been granted free entry under paragraph 1615, *supra*; and that the issues are similar to those involved in Abstract 57104. In accordance with stipulation of counsel and following the decision cited, the claim of the plaintiff was sustained.

No. 58216.—Barnett International Forwarders, Inc. *v.* United States, protest 223125–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those the subject involved in Abstract 57104, the claim of the plaintiff was sustained.

No. 58217.—F. W. Myers & Company *v.* United States, protest 169076–K (Detroit).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of frozen beef lungs similar in all material respects to those the subject of *A. N. Deringer, Inc., et al.* v. *United States* (32 Cust. Ct. 41, C. D. 1578), the claim of the plaintiff was sustained.

No. 58218.—F. C. Mackay *v.* United States, protests 200869–K, etc. (Pembina).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of frozen beef lungs similar in all material respects to those the subject of *A. N. Deringer, Inc., et al.* v. *United States* (32 Cust. Ct. 41, C. D. 1578), the claim of the plaintiff was sustained.